# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARY BOLEN**                                                                 **PLAINTIFF**

v.                          No. 4:20-cv-1346-DPM

**SHELTER MUTUAL INSURANCE**
**COMPANY, INC.**                                                              **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2021